UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK ANTHONY MCKINNEY,

           Plaintiff,

    v.

NANCY A BERRYHILL, Acting Commissioner of Social Security,

           Defendant.

Case No. C17-5584 JCC

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    It is ORDERED that the Defendant's unopposed Motion for Extension of Time to File Answer (Dkt. 8) is granted. Defendant shall file a response to Plaintiff's Complaint on or before February 12, 2018.

    DATED this 12th day of January 2018.

                                    William M. McCool
                                    Clerk of Court

                                    s/Paula McNabb
                                    Deputy Clerk

MINUTE ORDER - 1