UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK ANTHONY MCKINNEY, | CASE NO. C17-5584 JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A BERRYHILL, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's motion for an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and for costs pursuant to 28 U.S.C. § 1920 (Dkt. No. 19). Plaintiff prevailed in an appeal of agency action, and is therefore entitled to an award of attorney fees and costs. (Dkt. Nos. 17–18); 28 U.S.C. §§ 2412, 1920. Defendant does not object to Plaintiff's motion. (Dkt. No. 20.)

The Court finds that an award of attorney fees and costs is just, and finds the amount requested by Plaintiff reasonable. The Court GRANTS Plaintiff's motion, AWARDS Plaintiff attorney fees and related expenses in the amount of $9,172.16 and costs in the amount of $400.00.

If the Department of the Treasury determines that Plaintiff's attorney fees and costs are not subject to any offset allowed under the Department's Offset Program, then the check for attorney fees shall be made payable to Plaintiff's attorney, Todd Russell Renda, based upon

Plaintiff's assignment of these amounts to counsel. The check shall be mailed to Todd Russell Renda, 6314 19th St. W, Ste. 21, Tacoma, WA 98466-6223.

DATED this 26th day of September 2018

John C. Coughenour
UNITED STATES DISTRICT JUDGE